AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>AHMED ABDALLA ALLAM<br><br>*Defendant(s)* | Case No.  1:23-MJ-8 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 29, 2023** in the county of **Jefferson** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(q) | Possession of a Firearm in a School Zone |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S.A - Travis Gates, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/30/2023

_____
*Judge's signature*

City and state: Beaumont, Texas

Hon. Zack Hawthorn, US Magistrate Judge
*Printed name and title*