FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB - 1 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:23-CR-10 |
| | § | Judge Crone - Hawthorn |
| AHMED ABDALLA ALLAM | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 18 U.S.C. § 922(q)(2)(A)
(Possession of a Firearm in a School Zone)

On or about the January 29, 2023, in the Eastern District of Texas, the defendant, **Ahmed Abdalla Allam**, did knowingly possess a firearm, that is, one (1) Diamondback Firearms, Model DB15, multi-caliber rifle bearing serial number DB2615207, that had moved in interstate and foreign commerce, within a distance of 1,000 feet of the grounds of St. Anthony Cathedral Basilica School, a place that the defendant knew and had reasonable cause to believe was a school zone.

In violation of 18 U.S.C. § 922(q)(2)(A).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As the result of committing the felony offense in violation of 26 U.S.C. § 5861(d) alleged in Count One of this indictment, defendant **Ahmed Abdalla Allam** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 26 U.S.C. §

5872, and 49 U.S.C. § 80303, all firearms and ammunition involved in the offense, including but not limited to the following:

> one (1) Diamondback Firearms, Model DB15, multi-caliber rifle bearing serial number DB2615207; one (1) thirty-round magazine; and one-hundred and fifty (150) rounds of .556 caliber ammunition.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____                _____2-1-23_____
JOHN B. ROSS                                                              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:23-CR-_10_ <br> Judge Crone – Hawthorn |
| AHMED ABDALLA ALLAM | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 922(q)(2)(A) and 924(a)(4).

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim, whichever is greater, or both; a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00