| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | NO. 1:23-CR-00010 |
| | § | |
| AHMED ABDALLA ALLAM | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pending before the court is Defendant Ahmed Abdalla Allam's Motion to Suppress Evidence ("Motion to Suppress" or "Motion") (#21). On February 9, 2023, the court referred Allam's Motion to Suppress to United States Magistrate Judge Zack Hawthorn (#21). On February 17, 2023, the Government filed a response in opposition (#30). On March 20, 2023, Judge Hawthorn held a hearing on the motion.

On April 24, 2023, Judge Hawthorn issued his Report and Recommendation (#42), recommending that the court deny Allam's Motion to Suppress. On May 8, 2023, Allam filed his Objections to Magistrate Judge's Report and Recommendation (#45).

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(c); FED. R. CIV. P. 72(b)(2)–(3). "Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

The court has conducted a *de novo* determination of Judge Hawthorn's Report and

Recommendation and has carefully considered Allam's objections.  28 U.S.C. § 636(b)(1)(C); E.D. TEX. CRIM. R. 59(d).  After careful consideration, the court finds that Judge Hawthorn correctly concluded that Allam's Motion to Suppress should be denied, and that Allam's objections are without merit.

It is therefore ORDERED that the report and recommendation of the magistrate judge (#42) is ADOPTED.  Defendant Ahmed Abdalla Allam's Motion to Suppress Evidence (#21) is DENIED.

SIGNED at Beaumont, Texas, this 10th day of May, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE