**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 1:23-CR-10 |
| v. | § |
| | § |
| | § |
| | § |
| AHMED ALLAM | § |

## ORDER

Pending before the Court is defense counsel's *Motion to Appeal Informa Pauperis*, which asks the court to find Mr. Allam indigent and appoint counsel for his appeal. (Doc. No. 72.) The undersigned **GRANTS** the motion and appoints Kevin Ross as counsel to represent Allam in his direct appeal. Counsel shall forward any requested case materials to Kevin Ross, and is hereby relieved of all responsibilities in this case.

SIGNED this 5th day of February, 2024.

_____
Zack Hawthorn
United States Magistrate Judge